# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1166**  **September Term, 2015**

EPA-80FR33839
EPA-80FR33840

Filed On: September 18, 2015 [1573880]

Southeastern Legal Foundation, Inc. and
Walter Coke, Inc.,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 15-1216, 15-1239, 15-1243, 15-1256, 15-1265, 15-1266, 15-1267, 15-1268, 15-1270, 15-1271, 15-1272

# O R D E R

Upon consideration of respondent's motion to defer filing motions to govern pending resolution of the motion to consolidate, it is

**ORDERED** that the motion be dismissed as moot in light of the filing of the Texas petitioners' opposition to the motion to consolidate and cross-motion for affirmative relief. Upon disposition of the pending motions, the court will direct the filing of further motions to govern if deemed appropriate.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                        BY:    /s/
                                Mark A. Butler
                                Deputy Clerk